**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Thomas A. Simonian
                       Plaintiff,

v.                                    Case No.: 1:10–cv–01225
                                       Honorable William J. Hibbler

Fiskars Brands, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 11, 2010:

        MINUTE entry before Honorable William J. Hibbler: Motion to dismiss [20], Motion to stay [23] and Motion to dismiss [27] are taken under advisement. Responses due by 5/27/2010. Replies due by 6/3/2010. Ruling by mail. Status hearing date of 5/19/2010 is stricken pending disposition of the motions. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.